IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | **Criminal No. DKC-18-0226** |
| **NISAR AHMED CHAUDHRY,** | * | |
| Defendant. | * | |

*******

## MOTION TO SEALAPPENDIX TO GOVERNMENT'S SENTENCING MEMORANDUM

The United States, by and through its undersigned counsel, moves to seal the appendix to the government's sentencing memorandum as required by the Court's Protective Order of April 27, 2018 (ECF 10).

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Christine Manuelian
Assistant United States Attorney