Case 1:18-cr-00226-DKC Document 42 Filed 10/12/18 Page 1 of 1

## Government's Exhibit List – Sentencing Hearing 10/12/2018
## United States v. Chaudhry, Criminal No. DKC-18-0226

| Exhibits | Description | Identified | Admitted |
|---|---|---|---|
| Exhibit 1 | Defendant's International Travel History | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 2 | Summary Chart of Surveillance, Court Activity and Treatment Activity July – October 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 3A-E | Photos of Defendant on August 29, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 3F | Video of Defendant on August 29, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 3G | Surveillance Log for August 29, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 4A | Video of Defendant on September 25, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 4B | Video of Defendant on September 25, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 4C | Surveillance Log for September 25, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 5A | Video of Defendant on September 26, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 5B | Surveillance Log for September 26, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 6A | Video of Defendant on October 2, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 6B | Photo of Defendant on October 2, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 6C | Surveillance Log for October 2, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |
| Exhibit 7 | Surveillance Log for October 3, 2018 | OCT 1 2 2018 | OCT 1 2 2018 |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 OCT 12 PM 1:01
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY