UNITED STATES OF AMERICA

vs.

NISAR AHMED CHAUDHRY

Criminal No. DKC-18-0226

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 OCT 12 PM 1:00
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/12/18 | 10/12/18 | Vital Records |
| 2 | 10/12/18 | 10/12/18 | Vital Records |
| 3 | 10/12/18 | 10/12/18 | Vital Records |
| 4 | 10/12/18 | 10/12/18 | Vital Records |
| 5 | 10/12/18 | 10/12/18 | Vital Records |

Exhibit List (Rev. 3/1999)