IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
**Plaintiff**

vs.

**NISAR AHMED CHAUDHRY**
**Defendant**

Case No.: DKC-18-0226

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |

All Plaintiff's/Government's exhibits returned: 10/12/18

All Defendant's exhibits returned: 10/12/18

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:

Counsel for Defendant(s):

Date: October 12, 2018

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits