IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. DKC-18-0226** |
| **NISAR CHAUDHRY** | * | |

## MOTION TO SEAL

Nisar Chaudhry, by counsel, hereby moves to seal the letter dated January 4, 2019, along with the letters attached to that filing as Exhibits A and B. As grounds therefore, the defense states that the letter and attached exhibits provide confidential health information regarding Dr. Chaudhry. Sealing is necessary to protect Dr. Chaudhry's confidential information. The sensitive information that should be protected from public disclosure is interwoven throughout the filing and cannot be meaningfully redacted.

WHEREFORE, Dr. Chaudhry requests that the letter and attached exhibits be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

_____/s/_____
Shari Silver Derrow #19181
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org