# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. DKC-18-0226** |
| **NISAR CHAUDHRY** | * | |

## MOTION TO SEAL

Nisar Chaudhry, by counsel, hereby moves to seal the letter dated March 11, 2019, along with the letter attached to that filing as Exhibit A. As grounds therefore, the defense states that the letter and attached exhibit provide confidential health information regarding Dr. Chaudhry. Sealing is necessary to protect Dr. Chaudhry's confidential information. The sensitive information that should be protected from public disclosure is interwoven throughout the filing and cannot be meaningfully redacted.

WHEREFORE, Dr. Chaudhry requests that the letter and attached exhibit be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

      /s/
Shari Silver Derrow #19181
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org